Form clkinq

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **3:08−bk−02716**
**Chapter 13**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   MONTE NEAL ROTTERO
   6451 ACESSIO ROAD
   Joelton, TN 37080

Social Security No.:
   xxx−xx−8691

Employer's Tax I.D. No.:

---

## CLERK'S INQUIRY

---

Clerk Inquiry pursuant to LBR 5003−1(b). The related document has the following defect(s): LBR 9013 Motion: objections date, hearing date, time and/or hearing location of attached PDF does not match docket entry. (RE: related document(s)[65] Trustee's Motion and Notice to Disallow Claim(s)# 10 Filed by Cedarcrest Fund in the amount of $0.0. Claim lists no dollar amount.) (mjs)

Dated: 6/28/10                                                     MATTHEW T. LOUGHNEY
                                                                                Court Clerk